OPINION — AG — ADMINISTRATIVE HEARINGS ARISING FROM COMPLAINTS ALLEGING PHYSICAL HANDICAP DISCRIMINATION FILED PURSUANT TO 74 O.S. 1972 Supp., 818 [74-818], SHALL BE CONDUCTED IN ACCORDANCE WITH PROCEDURES SET FORTH IN SECT. 818 AND THE RELEVANT PROVISIONS OF THE ADMINISTRATIVE PROCEDURES ACT. OPINION NO. 71-422 IS WITHDRAWN TO THE EXTENT INCONSISTENT HEREWITH. CITE: OPINION NO. 71-422, 75 O.S. 1971 325 [75-325], 74 O.S. 1971 954 [74-954] (BRENT S. HAYNIE)